Dismissed and Memorandum Opinion filed March 23, 2006









Dismissed and Memorandum Opinion filed March 23, 2006.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-05-00957-CV

____________

 

LEONARD RAY SIMMONS, Appellant

 

V.

 

DANIEL CHARLES
ROWE, Appellee

 



 

On Appeal from
County Civil Court at Law No. 3

Harris County, Texas

Trial Court Cause
No. 823,293

 



 

M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed May 23, 2005.

On March 15, 2006, appellant filed a motion to dismiss the
appeal because the case has been settled. 
See Tex. R. App. P. 42.1.  The motion is granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Judgment rendered and Memorandum
Opinion filed March 23, 2006.

Panel consists of Justices Hudson, Fowler, and
Seymore.